# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

FILED
16 JAN 20 PM 1:18
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

**United States of America,**

        Plaintiff,

-vs-

**Alexander Hazlett,**

        Defendant.

Case No. 3:15-CR-99

Magistrate Judge Ovington

## ORDER

On oral motion of the Defendant in open court, and having advised the Defendant of the consequences under the Speedy Trial Act of his Motion, the Court finds that Defendant understands the consequences and that his waiver of any possible objection under the Speedy Trial Act as to the charge under Count 1, is his knowing, intelligent, and voluntary act.

Trial date on Count 1 is extended to permit consideration and screening for Prejudgment Probation, 18 U.S.C. §3607.

Pursuant to 18 U.S.C., Section 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

Date: 1/20/16

Defendant: _____

Defense Counsel: _____

_____
United States Magistrate Judge